**In re PACTIV LLC, Appellant.**

**Nos. 2015–1457, 2015–1458.**

United States Court of Appeals, Federal Circuit.

March 16, 2016.

Daniel Shulman, Reynolds Group Holdings Ltd., Lake Forest, IL, argued for appellant. Also represented by John Christopher Gatz, Nixon Peabody LLP, Chicago, IL.

Amy J. Nelson, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by Thomas W. Krause, Scott Weidenfeller, Robert J. McManus.

TARANTO, LINN, and HUGHES, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**